PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: SUTTON, Nasir                    Cr.: 20-00725-001
                                                                        PACTS #: 6590001

Name of Sentencing Judicial Officer:    THE HONORABLE JOHN MICHAEL VAZQUEZ
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/04/2021

Original Offense:    Possession of a Firearm by a Convicted Felon

Original Sentence: 18 months imprisonment; 3 years supervised release; $100 Special Assessment

Special Conditions: 1) drug testing/treatment; 2) refrain from any crime/threat group association; 3) participate/complete any programming; 4) no unlawful operation of a motor vehicle; and 5) abide by any Court-ordered child support order

Type of Supervision: Supervised Release            Date Supervision Commenced: 08/19/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On September 29, 2021, Sutton submitted a urinalysis specimen which tested positive for Oxymorphone and THC/marijuana. |
| 2 | Since the onset of supervision, Sutton has been unemployed without a viable excuse. |

U.S. Probation Officer Action: Probation will present this document to Sutton. The noncompliance detailed herein may be included in a violation report if the Probation Office deems fit and noncompliance continues.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   JOSEPH EMPIRIO
      Senior U.S. Probation Officer

/ jae

Prob 12A – page 2
SUTTON, Nasir

APPROVED:

_____     11/01/2021
DONALD L. MARTENZ, JR.                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] Probation will present this document to the offender as a written reprimand issued under the authority of the United States District Court *(PROBATION RECOMMENDED)*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

11/1/21
_____
Date